IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:02CR355 |
| Plaintiff, | ) | |
| | ) | NOTICE OF OPPOSITION TO |
| vs. | ) | AMENDMENT OF CONDITIONS |
| | ) | |
| STEPHEN PHILIP KRAMER, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and notifies the court that the government opposes amending either paragraph 2 or 7 of the Special Conditions of Supervision previously entered herein. Given the defendant's offense of conviction herein, and the psychological evaluation herein, the current paragraph 2 is a reasonable restriction upon the defendant, and there is nothing in the current paragraph 2 that prevents the defendant from having contact with his own children - it merely needs to be approved in advance by the Probation officer in conjunction with the Supervision team.

Given the defendant's offense of conviction herein, and the psychological evaluation herein, the current paragraph 7 is also a reasonable restriction upon the defendant while on Supervision. If the court nonetheless sees fit to alter paragraph 7, the government urges the court to authorize unlimited unannounced searches of the defendant, his environment, computers to which he has access, digital media, electronic media, reading materials, and any format with storage capability, with or without probable cause, by the defendant's supervising officer or his designate.

Dated this 19th of December, 2005:

UNITED STATES OF AMERICA,
Plaintiff

MICHAEL G. HEAVICAN
United States Attorney


By:    S/MICHAEL D. WELLMAN (#14455)
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Jessica Milburn.


S/MICHAEL D. WELLMAN
Assistant United States Attorney
United States Attorney's Office
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
(402) 661-3700