IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:02CR355 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER AMENDING CONDITIONS OF SUPERVISION |
| STEPHEN PHILIP KRAMER, | ) ) | |
| Defendant. | ) | |

Before the court is defendant's Motion to Amend Conditions of Supervision (Filing No. 30) and the government's Opposition thereto (Filing No. 31). After considering the matter,

IT IS ORDERED that ¶¶ 2 and 7 of the Judgment entered on August 12, 2003 (Filing No. 23), are amended as follows:

2.  The defendant shall have no contact, nor reside with children under the age of 18, except for his own children, unless approved in advance and in writing by the U.S. Probation Officer in consultation with the supervision team.  The defendant must report all incidental contact with children, other than his own children, to the treatment provider and the U.S. Probation Officer.

7.  The defendant shall submit/consent to quarterly searches of all electronic media as directed by the U.S. Probation Officer with or without the cooperation of law enforcement.

DATED this 22nd day of December, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge