IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR355 |
| Plaintiff, | ) | |
| | ) | **MOTION TO AMEND SPECIAL** |
| v. | ) | **CONDITIONS OF SUPERVISION** |
| STEPHEN PHILIP KRAMER, | ) | |
| Defendant. | ) | |

The Defendant, Stephen Philip Kramer, by and through his attorney, David O'Neill, requests the Court remove paragraph 9 of the Special Conditions of Supervision imposed on August 12, 2003. In support of this motion, the Defendant states as follows:

1. On August 12, 2003, the Court sentenced the Defendant to 36 months imprisonment, followed by 3 years of supervised release. Paragraph 9 of the Special Conditions of Supervision states as follows:

> The defendant shall attend, pay for, and successfully complete any mental health diagnostic evaluations and treatment or counseling programs as directed by the U.S. Probation Officer.

2. The Defendant has recently moved from Omaha to Norfolk. He is unable to obtain free mental health treatment in Norfolk, and he does not have the means to pay for such treatment. His only option is to travel to Omaha for treatment, which is a financial hardship. In addition, due to a new job which requires him to work 12-hour shifts, the Defendant is unable to find time to travel to Omaha for treatment.

WHEREFORE, the Defendant requests the Court remove paragraph 9 of the Special Conditions of Supervision imposed on August 12, 2003. The defense can present evidence should the Court so desire.

Respectfully submitted,

STEPHEN PHILIP KRAMER, Defendant,

By **s/ David O'Neill**
**David O'Neill: 23225**
Attorney for Defendant
ASSISTANT FEDERAL PUBLIC DEFENDER
222 South 15th Street, #300N
Omaha, NE 68102
Telephone: (402) 221-7896
Fax: (402) 221-7884
E-Mail: david_o'neill@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Michael D. Wellman, Assistant United States Attorney, Omaha, NE.

s/ David O'Neill