IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | LIST OF EXHIBITS |
| v. | ) ) ) | Case Number: 8:02CR355<br>Courtroom Deputy: Tracy Slagle |
| STEPHEN PHILIP KRAMER, | ) ) | Court Reporter: Allan Kuhlman |
| Defendant. | ) | |

Hearing Date: September 7, 2006

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| 1 | | | July 2006 monthly probation report and treatment notes from Lutheran Family Services | X | | X | | 9/7/06 |

**OBJECTIONS**
    **R: Relevancy**
    **H: Hearsay**
    **A: Authenticity**
    **O: Other (specify)**